UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA NESSEL,

        Plaintiff,

v.

KALSHIEX, LLC,

        Defendant.

_____/

Case No. 1:26–cv–00731–PLM–PJG

Hon. Paul L. Maloney

## NOTICE OF HEARING CANCELLATION

    The hearing regarding motion to remand (ECF No. 7) set in this matter for **June 25, 2026** is hereby **adjourned without date.**

                                 PAUL L. MALONEY
                                 United States District Judge

Dated:  June 23, 2026       By:   /s/ Amy C. Redmond_____
                                 Case Manager