UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA NESSEL,                                    )
           Plaintiff,                           )
                                                )      No. 1:26-cv-731
v.                                              )
                                                )      Honorable Paul L. Maloney
KALSHIEX, LLC,                                  )
           Defendant.                           )
                                                )

## JUDGMENT

In accordance with the order entered on this date, and pursuant to Fed. R. Civ. P. 58,

**JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED**.

**IT IS SO ORDERED.**

Date:  June 25, 2026                      /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          United States District Judge