**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

DANA NESSEL, Attorney General of the State of Michigan on behalf of the People of the State of Michigan and the Michigan Gaming Control Board,

        Plaintiff,

  vs.

KALSHIEX LLC,

        Defendant.

Case No. 1:26-cv-00731-PLM-PJG

**NOTICE OF APPEAL**

Notice is hereby given that Defendant KalshiEX LLC ("Kalshi") hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Court's Order entered in this action on June 25, 2026, Dkt. Nos. 20-21, granting Plaintiff's motion to remand this action to state court. Kalshi appeals this Order under 28 U.S.C. § 1447(d), which allows for appellate review of a remand order where the action "was removed pursuant to section 1442[.]"  28 U.S.C. § 1447(d); *see BP P.L.C. v. Mayor & City Council of Baltimore*, 593 U.S. 230, 237 (2021); Dkt. No. 1 at 1, 4, 9 (removing based on 28 U.S.C. § 1442).

DATED this 24th day of July, 2026.

By: */s/ Neal Kumar Katyal*

NEAL KUMAR KATYAL
JOSHUA B. STERLING
WILLIAM E. HAVEMANN
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

TAWFIQ S. RANGWALA
ANDREW L. PORTER
KATRIN CASSIDY-GINSBERG
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

GJON JUNCAJ (P63256)
**JUNCAJ LAW**
**OF COUNSEL TO FLANNERY| GEORGALIS, LLC**
2145 Crooks Rd., Ste. 222
Troy, MI 48084
gjon@juncajlaw.com
248.385.3065

JIHAN M. WILLIAMS (P77686)
**FLANNERY | GEORGALIS, LLC**
1 Woodward Avenue, Suite 2000
Detroit, MI 48226
jwilliams@flannerygeorgalis.com
gjuncaj@flannerygeorgalis.com
(313) 380-5167

*Attorneys for Defendant KalshiEX LLC*

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 24, 2026, I electronically filed the above document(s) with the

Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

By: */s/ Neal Kumar Katyal*
Neal Kumar Katyal